**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

    **v.**                           Criminal No. 12-cr-61-01-B

**Tosatti Padmore**

## O R D E R

The defendant has moved to continue the October 2, 2012 trial in the above case. Defendant cites the need for additional time negotiate a deal with the government. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to work out a non-trial resolution and/or properly prepare for trial, the court will continue the trial from October 2, 2012 to December 4, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The final pretrial conference is set for November 19, 2012 at 10:30am.

SO ORDERED.


/s/ Paul Barbadoro
Paul Barbadoro
United States District Judge


October 1, 2012

cc: Paul Garrity, Esq.
    William Morse, Esq.
    US Probation
    US Marshal

The [old final ptc] final pretrial conference is continued
until [new final ptc date] at [time].
        SO ORDERED.

                                    _____
                                    Paul Barbadoro
                                    Chief Judge

[today's date]

cc:   [names of counsel]
      [name of AUSA]
      United States Probation
      United States Marshal